```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WILLIAM CHAPPELL, *on behalf of himself,*  :
*FLSA Collective Plaintiffs, and the Class,* :
:
                              Plaintiff, :
:     24-CV-7839 (VEC)
            -against- :
:     <u>ORDER</u>
GENERAL DATATECH, L.P., :
:
                            Defendant. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on December 16, 2024, Defendant filed a letter motion requesting an extension of its time to respond to the Complaint, Dkt. 6;

     WHEREAS Defendant's counsel did not file a notice of appearance as required by Local Rule 1.4(a); and

     WHEREAS the Court considers Defendant to have appeared given its request for an extension.

     IT IS HEREBY ORDERED that Defendant's counsel must file a notice of appearance on the docket by no later than January 23, 2025.

**SO ORDERED.**

Date:  **January 17, 2025**　　　　　　　　　　　　　　　_____
       **New York, New York**　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
                                                                  **United States District Judge**