IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM CHAPPELL, *on behalf of himself,* *FLSA Collective Plaintiffs, and the Class*,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL DATATECH, L.P.,<br><br>Defendant. | Case No. 24-cv-07389-VEC<br><br>Judge Valerie E. Caproni<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff William Chappell and Opt-In Plaintiffs Eaton Clarke, Bill Crawford, Kenneth Curry, Trevor Jaffier, and Jeffrey ("Jeff") Williams ("Plaintiffs), by and through undersigned counsel, hereby accept the Offer of Judgment by Defendant General Datatech, L.P. extended pursuant to Fed. R. Civ. P. 68 on April 25, 2025.  A copy of the accepted Rule 68 Offer is attached hereto.

Dated: Huntington, NY
April 27, 2025

                                                TA LEGAL GROUP PLLC
                                                *Attorneys for Plaintiffs*

                                                By: _____
                                                Taimur Alamgir
                                                205 East Main Street, Suite 3-2
                                                Huntington, NY 11743
                                                Tel. (914) 552-2669
                                                tim@talegalgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2025, the attached document was electronically filed with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jennifer Lada
787 Seventh Avenue, 31st Floor
New York, NY 10019
Tel: (212) 513-3200
Jennifer.Lada@hklaw.com
*Attorneys for Defendant*

                                                                     */s/*