IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM CHAPPELL, *on behalf of himself,* *FLSA Collective Plaintiffs, and the Class*, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL DATATECH, L.P., <br><br> Defendant. | Case No. 24-cv-07389-VEC <br><br> Judge Valerie E. Caproni <br><br> JURY TRIAL DEMANDED |

## JUDGMENT

WHEREAS, pursuant to Federal Rule of Civil Procedure 68, Defendant General Datatech, L.P., having offered to allow Plaintiff William Chappell and Opt-In Plaintiffs Eaton Clarke, Bill Crawford, Kenneth Curry, Trevor Jaffier, and Jeffrey Williams ("Plaintiffs") to take a judgment against them in the sum of Two Hundred Fifty Thousand Dollars and No Cents ($250,000.00), inclusive of all attorney's fees, interest, costs and expenses, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated April 25, 2025 (Docket No. 19-1);

WHEREAS, on April 27, 2025, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (Docket No. 19);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiffs in the sum of Two Hundred Fifty Thousand Dollars and No Cents ($250,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer dated April 25, 2025, and filed at Docket No. 19-1.  As a result hereof, the Clerk of Court is directed to close the case with all parties to bear their respective costs and fees.

SO ORDERED.

New York, NY
Dated: _____, 2025

_____
UNITED STATES DISTRICT JUDGE

#520487172_v1