```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WILLIAM CHAPPELL, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

                     Plaintiff,

         -against-

GENERAL DATATECH, L.P.,

                    Defendant.
-------------------------------------------------------------- X

24-CV-7839 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed a complaint against Defendant on October 16, 2024, alleging violations of the Fair Labor Standards Act and New York Labor Law;

WHEREAS Defendant made an offer of judgment, pursuant to Federal Rule of Civil Procedure 68, on April 25, 2025;

WHEREAS Plaintiff accepted the offer of judgment and filed a notice of the acceptance on April 27, 2025, *see* Dkt. 19; and

WHEREAS on April 27, 2025, Jeffrey Williams, Trevor Jaffier, Bill Crawford, Kenneth Curry, and Eaton Clarke filed their consent to opt in as plaintiffs in this matter, *see* Dkts. 14–18.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that a judgment be entered against Defendant, inclusive of attorneys' fees and costs in favor of Plaintiffs, in the amount of $250,000.00.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Date: April 28, 2025
      New York, New York

                                      **VALERIE CAPRONI**
                                      **United States District Judge**